UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CADLE COMPANY,

                  Plaintiff,

      - against -

VALDEZ,

                  Defendant.
------------------------------------------------------------x

96 Civ. 7373 (RMB)

**ADMINISTRATIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09

      The parties are directed to appear before the Court for a status/settlement conference with principals on June 18, 2009 at 9:00 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       June 8, 2009

_____
RICHARD M. BERMAN, U.S.D.J.